# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOE LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:23-cv-00392-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 5, 10) |

On May 11, 2023, the parties submitted a stipulated request to extend the time to file the electronic certified administrative record, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 10.) The parties seek a 45-day extension of time to file the certified administrative record, to June 29, 2023. This is the parties' first request for an extension. The parties seek the extension because the administrative record is not yet fully prepared in this matter by the client agency, which noted that such administrative records are prepared on an ongoing basis for the social security cases. The Court is satisfied that good cause exists to grant the requested extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 10) is GRANTED;

2. Defendant shall have until **June 29, 2023**, to file the electronic certified

1

administrative record; and

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __May 11, 2023__

UNITED STATES MAGISTRATE JUDGE