# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOE LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:23-cv-00392-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 5, 11, 14, 16) |

　　　　On August 21, 2023, the parties submitted a stipulated request to extend the time for Plaintiff to file the motion for summary judgment, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 16.) The parties seek a 7-day extension of time to file the motion for summary judgment, from August 22, 2023 to August 29, 2023. The parties previously requested, and the Court granted, an extension to file the administrative record. (See ECF Nos. 10, 11.) This is the parties' second request for an extension of Plaintiff's brief filing deadline. Counsel proffers he currently has three other merit briefs due this week. Counsel further proffers the late request is being made because he contracted an upper respiratory infection over the weekend which has become worse. The Court is satisfied that good cause exists to grant the requested extension.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1

1. The parties' stipulated motion to modify the schedule (ECF No. 16) is GRANTED;
2. Plaintiff shall have until **August 29, 2023**, to file the motion for summary judgment; and
3. All remaining deadlines as set forth in the scheduling order, as amended (ECF No. 5, 11, 14), shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **August 21, 2023**

UNITED STATES MAGISTRATE JUDGE