# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOE LOPEZ, | Case No. 1:23-cv-00392-SAB |
| Plaintiff, | ORDER GRANTING MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO EAJA |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 23) |
| Defendant. | |

Robert Joe Lopez ("Plaintiff") filed the complaint in this action on March 16, 2023. (ECF No. 1.)  On September 28, 2023, the Court entered a stipulation for remand of this action and entered judgment in favor of Plaintiff.  (ECF Nos. 20, 21, 22.)  On December 27, 2023, Plaintiff filed a motion for the award of attorney fees in the amount of $7,626.04, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA").  (ECF No. 23.)

Typically, the parties stipulate to the award of attorney fees under the EAJA.  Here, fourteen (14) days have passed since the filing of the motion, and no opposition has been filed. Based on the Court's record and the lack of opposition to the filed motion, the Court finds good cause to grant the Plaintiff's motion.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion for attorney fees (ECF No. 23) is GRANTED;

2.      Plaintiff is awarded attorney fees in the amount of $7,626.04 pursuant to the EAJA; and

3.      The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

IT IS SO ORDERED.

Dated:   **January 11, 2024**

_____
UNITED STATES MAGISTRATE JUDGE