# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOE LOPEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:23-cv-00392-SAB<br><br>ORDER AMENDING JANUARY 11, 2024 ORDER GRANTING MOTION FOR ATTORNEY FEES TO REFLECT STIPULATED AWARD OF ATTORNEY FEES PURSUANT TO EAJA<br><br>(ECF Nos. 25, 26) |

Robert Joe Lopez ("Plaintiff") filed the complaint in this action on March 16, 2023. (ECF No. 1.) On September 28, 2023, the Court entered a stipulation for remand of this action and entered judgment in favor of Plaintiff. (ECF Nos. 20, 21, 22.) On December 27, 2023, Plaintiff filed a motion for the award of attorney fees in the amount of $7,626.04, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). (ECF No. 23.)

Typically, the parties stipulate to the award of attorney fees under the EAJA. Here, fourteen (14) days passed since the filing of the motion, and no opposition was filed. Based on the Court's record and the lack of opposition to the filed motion, on January 11, 2024, the Court granted motion and awarded attorney fees in the amount of $7,626.04. (ECF No. 25.)

After the order was docketed, on January 11, 2024, the parties filed a stipulation for the award of attorney fees under the EAJA in the amount of $6,250.00. (ECF No. 26.) Given it appears the parties have reached an alternative agreement on the amount of attorneys that differs

1

from the original amount requested in the motion, the Court shall amend the previous award and enter the stipulated agreement as to attorney fees. The parties are directed to heed more attention to the deadlines concerning motions and shall provide stipulated agreements in a timely fashion.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation is approved;
2. The Court's order entered January 11, 2024, granting the Plaintiff's motion for attorney fees in the amount of $7,626.04, is HEREBY AMENDED to reflect the stipulated amount of attorney fees under the EAJA in the corrected amount of $6,250.00;
3. Plaintiff is awarded attorney fees in the amount of $6,250.00 pursuant to the EAJA; and
4. The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

IT IS SO ORDERED.

Dated:  **January 12, 2024**

UNITED STATES MAGISTRATE JUDGE